# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CATHY LAFURGE and MONICA OROURKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Civil Action No.: 1:23-cv-03946-RMB-AMD<br><br>**STIPULATION AND CONSENT ORDER ADJOURNING DEFENDANT TD BANK, N.A.'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED** by and between the undersigned counsel for Plaintiffs, Cathy LaFurge and Monica ORourke, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant, TD Bank, N.A., that

1. The motion date for Defendant's motion to dismiss (ECF Doc. 24) is adjourned to November 20, 2023;

2. The time within which Plaintiffs may submit opposition papers to Defendant's motion to dismiss is hereby extended to on or before Friday, October 27, 2023;

3. The time within which Defendant may submit reply papers in support of its motion is extended to on or before November 13, 2023.

DATED: September 29, 2023       /s/ *Renner K. Walker*
Renner K. Walker
Steven M. Nathan (admitted pro hac vice)
**Hausfeld LLP**
33 Whitehall Street
Fourteenth Floor
New York, NY 10004

James J. Pizzirusso (admitted pro hac vice)
**Hausfeld LLP**
888 16th Street N.W.
Suite 300
Washington, D.C. 20006

Sophia Goren Gold
**KalielGold PLLC**
950 Gilman Street, Ste 200
Berkeley, CA 94710

Jeffrey D. Kaliel
**KalielGold PLLC**
1100 15th Street NW 4th Floor
Washington, D.C. 20005

*Counsel for Plaintiffs*

DATED: September 29, 2023       /s/ *Susan M. Leming*
Susan M. Leming
**BROWN & CONNERY, LLP**
360 Haddon Avenue
Westmont, NJ 08108
856-854-8900
sleming@brownconnery.com

DATED: September 29, 2023

/s/ Noah A. Levine
Noah A. Levine
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8875
noah.levine@wilmerhale.com
(admitted *pro hac vice*)

*Attorneys for Defendant TD Bank, N.A.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____
The Honorable Renée Marie Bumb
Chief, United States District Judge