**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CATHY LAFURGE and MONICA OROURKE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TD BANK, N.A.,<br><br>*Defendant*. | Civil Action No. 1:23-cv-03946-RMB-AMD<br><br>**CERTIFICATE OF SERVICE** |

I, Susan M. Leming, of full age, certify as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, attorneys for Defendant TD Bank, N.A. in this matter.

2. On November 13, 2023, I served a copy of Defendant's Reply in Support of Motion to Dismiss Plaintiffs' Complaint and Certificate of Service on the following as indicated:

Clerk, United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
(*Via Electronic Filing*)

The Honorable Renée Marie Bumb
Chief United States District Judge
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse

4th & Cooper Streets  
Camden, New Jersey 08101  
(*Via Electronic Filing; Courtesy Copy via Regular Mail*)

All Counsel of Record  
(*Via Electronic Filing*)

I certify that the foregoing statements are true. If any of these statements are willfully false, I am subject to punishment.

                                              **BROWN & CONNERY, LLP**  
                                              *Attorneys for Defendant TD Bank, N.A.*

                                        By:   <u>s/ Susan M. Leming</u>  
                                                    Susan M. Leming, Esquire

Dated: November 13, 2023